AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| United States of America | ) |
|---|---|
| v. | ) |
| Charles Edward Bell III | ) Case No. 5:25-mj-00014-CDB |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 2023 and November 2023__ in the county of __Kern__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2251(a) and (e) | Sexual Exploitation of a Minor and Attempt |
| 18 USC § 2260A | Registered Sex Offender Committing a Felony Offense Involving a Minor |

This criminal complaint is based on these facts:
See attached affidavit of HSI TFO Louis James attached hereto and incorporated herein by this reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Louis James, HSI Task Force Officer
*Printed name and title*

Sworn to before me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1.

Date: March 3, 2025

*Judge's signature*

City and state: Bakersfield, California

Hon. Christopher D. Baker, U.S. Magistrate Judge
*Printed name and title*

MICHELE BECKWITH
Acting United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES EDWARD BELL III,<br><br>    Defendant. | AFFIDAVIT OF LOUIS JAMES IN SUPPORT OF CRIMINAL COMPLAINT |

I, Louis James, being duly sworn, hereby depose and state as follows:

### I.   INTRODUCTION

1.   I am employed as a Senior Police Officer with the Bakersfield Police Department (BPD) and a Task Force Officer with the United States Department of Homeland Security, Homeland Security Investigations (HSI), presently assigned to the Office of the Resident Agent in Charge, Bakersfield, California (HSI/Bakersfield). I have been employed as a Police Officer for ten years. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C).

2.   As part of my duties as an HSI Task Force Officer, I investigate criminal violations relating to child exploitation and depictions of minors engaging in sexually explicit conduct, including violations pertaining to the illegal production, distribution, receipt, and possession of material involving

COMPLAINT AFFIDAVIT                                          1

the sexual exploitation of minors, in violation of 18 U.S.C. §§ 2251, 2252(a)(2) and (a)(4)(B). I have received training in the area of child exploitation, and as part of my duties have observed and reviewed numerous examples of depictions of minors engaging in sexually explicit conduct (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. I am a graduate of the Bakersfield Police Department Academy and the HSI Task Force Officer Course. I have received trainings offered by the Internet Crimes Against Children (ICAC) Task Force on the subject of child exploitation investigations. During the course of my duties, I have been the investigating officer and Affiant in dozens of child exploitation investigations.

3.  This affidavit is made in support of issuance of a criminal complaint and arrest warrant for **CHARLES EDWARD BELL III** (hereinafter "BELL"), of Bakersfield, California, for violations of 18 U.S.C. §§ 2251(a) and (e) (sexual exploitation of a minor and attempt) and 2260A (penalties for registered sex offenders).

4.  The information contained in this affidavit is based upon my personal knowledge of the investigation, my training and experience, and, where noted, information related to me by other law enforcement officers and/or agents. Because this affidavit is written solely for the purpose of establishing probable cause for issuance of a criminal complaint, not all results of this investigation have been included herein.

## II.   APPLICABLE LAW

5.  This investigation concerns allegations of 18 U.S.C. § 2251 and 2260A:

   a.   18 U.S.C. § 2251(a) and (e) prohibits any person from employing, using, persuading, inducing, enticing, or coercing any minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, and to attempt to do so.

   b.   18 U.S.C. § 2260A provides that whoever, being required by Federal law or other law to register as a sex offender, commits a felony offense involving a minor under certain sections of the United States Code, including 18 U.S.C. § 2251, shall be sentenced to a consecutive term of

COMPLAINT AFFIDAVIT                              2

imprisonment of 10 years in addition to imprisonment imposed for the offense under that provision.

### III. DEFINITIONS

6. The following definitions apply to this affidavit:

a) The term "minor," as defined in 18 U.S.C. § 2256(1), refers to any person under the age of eighteen years.

b) The term "sexually explicit conduct," as used in 18 U.S.C. § 2256(2)(A), is defined as actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic areas of any person.

c) The term "visual depiction," as defined in 18 U.S.C. § 2256(5), includes undeveloped film and videotape, data stored on computer disk or other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

d) The term "child pornography," as defined in 18 U.S.C. § 2256(8), means any visual depiction, including any photograph, film, video, picture, or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means of sexually explicit conduct, where (a) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; (b) such visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaging in sexually explicit conduct; or (c) such visual depiction has been created, adapted or modified to appear that an identifiable minor is engaging in sexually explicit conduct.

### IV. STATEMENT OF PROBABLE CAUSE

**Report to Bakersfield Police Department**

7. On or about January 4, 2024, an individual contacted the Bakersfield Police Department ("BPD") and requested that officers check on the welfare of a juvenile female. The individual stated he used to be roommates with **CHARLES BELL** at a residence located in Bakersfield, California, in Kern County, in the Eastern District of California. The individual reported he gave **CHARLES BELL** a ride

in his vehicle. **CHARLES BELL** later asked him if he had dropped his cellphone in the individual's vehicle. The individual said he later found a cellphone in his vehicle. The individual found the phone in his vehicle approximately one week prior to January 4, 2024. The individual stated he was able to guess the password to the cellphone to view its contents. The individual reported he observed approximately twenty videos in the cellphone that depicted **CHARLES BELL** and a female engaging in sexual activity. The individual stated he believed the female was a minor. The individual stated he believed **CHARLES BELL** had "gone too far" and the videos weighed too heavy on him to not report them to the police. The individual also reported that he had observed the female living at **CHARLES BELL**'s residence for approximately two to three months. The individual said **CHARLES BELL** told him the female was eighteen years old when she started living at **CHARLES BELL**'s residence. The individual stated that when he was at **CHARLES BELL**'s residence approximately the week before Christmas in 2023, the female stated she was a runaway from a local group home. The individual said the female stated that in front of **CHARLES BELL**, and that **CHARLES BELL** did not appear surprised by that. The individual said he saw **CHARLES BELL** grab the female's buttocks and kiss her a couple of weeks ago.

8. The individual reported to BPD that one video he observed on the cellphone depicted the female using a "sex toy" and inserting it into **CHARLES BELL**'s anus. The individual stated he knew it was **CHARLES BELL** in the video based on his tattoos. The individual stated that another video on the cellphone depicted the female performing oral sex on **CHARLES BELL**. The individual stated **CHARLES BELL**'s face was visible in the video. The individual stated **CHARLES BELL** had never referred to the female as his "girlfriend" or admitted to being in a physical relationship with the female.

9. The individual provided BPD with the name of the female that he reported was in the videos with **CHARLES BELL**. BPD officers showed the individual a driver's license photograph of a female with a matching name, and the individual confirmed it was the female he observed in the videos with **CHARLES BELL**. The female's identity is known to law enforcement. The individual also identified **CHARLES BELL** based on a mugshot photograph of **CHARLES EDWARD BELL III** (hereinafter "**BELL**") shown to the individual.

10. The individual provided BPD with the cellphone that he located in his vehicle and that he reported contained the videos and images of **BELL** and the female. The cellphone is a white LG Stylo 5 cellphone. Based on research of the model of the cellphone, it was determined the cellphone was manufactured in China.

11. The identity of the individual that reported the above information regarding **BELL** is known to law enforcement. The individual has prior convictions for violating California Penal Code § 488 (misdemeanor petty theft) from 1989, California Vehicle Code § 31 (misdemeanor giving false information to a peace officer) from 1993, California Penal Code § 460.1 (felony burglary in the first degree) from 1993, California Health and Safety Code § 11357(a) (possession of marijuana) in 2000, California Penal Code § 12021(a)(1) (possession of a firearm by a felon) from 2009, California Penal Code § 25400(a)(1) (misdemeanor carrying concealed weapon) from 2012, and California Health and Safety Code § 11377(a) (felony possession of a controlled substance) from 2013.

12. On the day of the report, BPD officers responded to the residence where the individual reported the female was residing with **BELL**. No one answered the door. Through records checks, law enforcement determined the female's last reported residence was at a local group home for minor females. However, the female was currently listed as a "runaway juvenile" from the local group home. The female's identity is known to law enforcement. The female is now over eighteen years old. The female will be referred to herein as "Female 1."

**Search of Cellphone Provided to BPD**

13. On or about January 24, 2024, law enforcement obtained a search warrant authorizing a forensic examination of the cellphone provided to BPD by the individual as described above. Based upon my knowledge, training, and experience, and in reviewing the contents of the cellphone, there were approximately seventeen videos and five images depicting **BELL** and Female 1 engaging in sexually explicit activity on the cellphone. The videos and images were determined to depict **BELL** based on a comparison of the male individual in the videos and images with **BELL**'s prior booking photographs. The videos and images were also determined to depict Female 1 based on a comparison of the female individual in the videos and images with a driver's license photograph of Female 1. Based on a review

of the metadata associated with the images and videos found on the cellphone, at the time of the recording of the videos and creation of the images found on the cellphone, Female 1 was seventeen years old. Law enforcement determined Female 1 was a minor at the time of the recording and creation of the videos and images based on determining Female 1's date of birth through law enforcement databases and comparing it to the dates in the metadata for when the videos and images on the phone were created. Most of the videos and images appeared to be taken in **BELL**'s residence in Bakersfield, California, in Kern County, in the State and Eastern District of California, based on law enforcement's familiarity with the inside of **BELL**'s residence.

14. Below are descriptions of three of the seventeen videos found on the cellphone:

   a. One video depicted Female 1 and **BELL** sitting on a bed while both were completely nude. The faces of both Female 1 and **BELL** were visible in the video. The video depicted Female 1 with what appeared to be a glass object with a water reservoir and a pipe with a bulbous end attached to a long cylindrical tube. Based on my training and experience, the glass object was consistent with a device used to smoke methamphetamine. The video depicted Female 1 appearing to light the bulbous end of the glass object and inhale smoke. As Female 1 exhaled the smoke, the video depicted her placing her head near **BELL**'s exposed penis. The video then depicted **BELL** penetrating Female 1's mouth with his penis. Metadata associated with the video indicated it was created on or about June 15, 2023, when Female 1 was seventeen years old.

   b. Another video depicted Female 1 positioning the camera. Female 1 was behind **BELL**, and **BELL** was bent over. The video depicted Female 1 penetrating **BELL**'s anus with a phallic shaped object that was strapped to her waist. Metadata associated with the video indicated it was created on or about October 14, 2023, when Female 1 was seventeen years old.

   c. Another video depicted Female 1 sitting on **BELL**. The video depicted **BELL** penetrating Female 1's vagina with his penis. At one point in the video, Female 1 is depicted standing near a bed with her face visible to the camera. The video shows Female 1 bend over and expose her anus and genitalia. The video also captures a mirror in the room where the video was recorded, which

COMPLAINT AFFIDAVIT                                6

showed **BELL** was holding the camera and recording Female 1. Metadata associated with the video indicated it was created on or about October 17, 2023, when Female 1 was seventeen years old.

15. The other fourteen videos similarly depicted **BELL** and Female 1 engaging in sexually explicit conduct. Metadata associated with the videos indicate that they were created between approximately on or about May 15, 2023, and October 27, 2023. Within that date range, Female 1 was seventeen years old.

16. Below are descriptions of two of the five images found on the cellphone:

   a. One image depicted Female 1 lying in bed while sitting next to **BELL**. The image shows Female 1 holding a glass device that, based on my training and experience, is often used to smoke methamphetamine in her right hand while using her left hand to touch her vagina which is exposed to the camera. Metadata associated with the image indicated it was created on or about June 15, 2023, when Female 1 was seventeen years old.

   b. Another image depicted Female 1 bent over in a kneeling position in front of **BELL** who is lying on the bed behind Female 1. **BELL** was depicted holding a phone to take this photograph which is captured on a mirror at the foot of the bed. Female 1's exposed vagina is visible in the image. Metadata associated with the image indicated it was created on or about November 1, 2023, when Female 1 was seventeen years old.

17. The other three images similarly depicted **BELL** and Female 1 engaging in sexually explicit conduct. Metadata associated with the images indicates that they were created between on or about June 15, 2023, and November 2, 2023. Within that date range, Female 1 was seventeen years old.

18. On the cellphone, there were also accounts with **BELL**'s name, such as charliebell1965@gmail.com. There was also auto-filled text for accounts that auto-populated **BELL**'s address as reported by the roommate to BPD and **BELL**'s date of birth as confirmed through law enforcement database checks. Female 1's name also appeared with an associated email address on the cellphone.

**Law Enforcement Contact with BELL and Female 1 at BELL's Residence**

19. On or about February 8, 2024, law enforcement conducted surveillance at the residence in Bakersfield where the former roommate reported he previously lived with **BELL** and the address listed as **BELL**'s residence through law enforcement database checks. Officers observed a male individual matching **BELL**'s booking photograph exit the residence. Officers detained **BELL** and encountered Female 1 from the videos and images on the cellphone described above inside of **BELL**'s residence. Both individuals were transported to the BPD Investigations Division to speak with an investigator.

20. Investigators spoke with Female 1. She provided her date of birth, which revealed she was seventeen years old. Female 1 told investigators she has known **BELL** for approximately one year. Investigators asked Female 1 if **BELL** knew her birthday and age to which she initially stated yes. Female 1 then told investigators that **BELL** thought she was eighteen years old. Investigators then asked if she has done anything physical or sexual with **BELL**, and Female 1 said no. Female 1 was then shown four screen shot images that were obtained from **BELL**'s cellular phone. The images were dated from October 5, 2023, to November 27, 2023. One of the images depicted **BELL** and Female 1 lying in bed completely nude. When Female 1 viewed the images, she became visibly upset and ran from the room yelling for **BELL**. Female 1 was crying and stated this was all her fault. Female 1 told investigators that **BELL** is her father and is her everything. Female 1 advised she was the one who recorded the videos, and she had used **BELL**'s cellular phone to record the videos. Female 1 said all **BELL** wants to do is see her walk the stage and graduate. She said **BELL** helped her write an essay that day for school.

21. Investigators asked Female 1 when was the last time she had sexual intercourse with **BELL**, and she replied, "It's been awhile honestly." Female 1 stated she has only had sex with **BELL** a few times. She indicated she performed oral sex on **BELL** twice, one time they had sexual intercourse with his penis in her vagina, and one time she used a sex toy to penetrate **BELL** anally. Female 1 stated after the first time where she performed oral sex on him, her and **BELL** played it off because they did not want other people in the house "to see that developing" between them. Female 1 also stated that one

time they were having sex, somebody walked by and saw them. She said that person later told **BELL** that he was going to get in trouble, and that they could not be doing that until she was eighteen. She said that occurred in October or November but was not sure. She said after that, they were not really having sex. Investigators asked Female 1 if **BELL** showed anyone else the videos or sold their sex videos. Female 1 stated they were thinking about selling the videos or posting them online, but they decided to wait a couple more months. She said she wanted to wait until she was eighteen. She said she told **BELL** she was eighteen around the "butt time," in reference to the videos where Female 1 was penetrating **BELL** anally with the sex toy. Metadata associated with those videos indicated they were created in October 2023.

22. Female 1 told investigators that there was a paper on **BELL**'s refrigerator that said she was seventeen years old, listed her date of birth, and stated she was living in a group home. She said it was from the courts, and it was on **BELL**'s refrigerator "for the longest time," until she threw it away. She said she did not know who put it on the refrigerator. She said it was put up when law enforcement came to the house the first time in April 2023.

23. During the investigation, detectives also interviewed **BELL**. **BELL** was advised of his *Miranda* rights, and he indicated he understood them. Investigators asked **BELL** if he knew why he was talking to them to which he stated it was regarding a young female who he identified as a runaway. Investigators asked **BELL** how old Female 1 was to which he replied, "She told me she was eighteen years old." **BELL** advised he recently found out about a week ago that Female 1 was seventeen when a social worker and a female detective spoke with him at his apartment. **BELL** said he asked Female 1 for her identification, but she did not have one. **BELL** said he took Female 1's word that she was eighteen years old. **BELL** said he later heard that Female 1 would leave her group home because they would "pimp her out." **BELL** stated he was teaching Female 1 how to defend herself. **BELL** described Female 1 as, "a little bitty thing." **BELL** said he was only friends with Female 1, and the only contact with her was when he hugged her when she got her California identification card.

24. Investigators then showed **BELL** four screen shot images that were obtained from his cellular phone. The photographs were dated from October 5, 2023, to November 27, 2023. One of the

COMPLAINT AFFIDAVIT 9

images depicted **BELL** and the Female 1 lying in bed completely nude. Investigators told **BELL** these were only still shots, and they had videos of him engaging in oral sexual intercourse and vaginal sexual intercourse with Female 1. Investigators asked **BELL** if he wanted to talk about these videos and he replied, "I'm going to jail anyway." **BELL** then began to cry, and that he did not know what happened. **BELL** said he fell asleep on his couch and woke up to Female 1 "doing" him. **BELL** said Female 1 "came onto him." When asked what he meant by Female 1 was "doing" him, **BELL** said touching his penis with her hands.

25. When investigators told **BELL** that he was told by detective last year that Female 1 was a minor, **BELL** said he thought Female 1 was seventeen years old at the time and turned eighteen years old shortly after. **BELL** said he would not have touched Female 1 if he knew she was seventeen. Investigators then asked **BELL** if he saw court papers on his refrigerator that had Female 1's birthday on it, which he stated no. Investigators also asked **BELL** if he saw Female 1's identification card after she got one, based on his comments about hugging her when that occurred. **BELL** said stated he saw her card but did not look for her birthday. When investigators asked if Female 1 looked eighteen to him, **BELL** said, "No, she don't."

26. When asked about when it got to the point of recording his sexual activities with Female 1, **BELL** claimed he did not know Female 1 was actually recording them. He said he thought Female 1 was just taking a picture. When investigators told **BELL** that the cellphone with videos and images of him and Female 1 had accounts with his name, **BELL** stated Female 1 knew all of his information and believed she set up the phone. He denied that he bought Female 1 the phone. **BELL** stated multiple times during the interview that his relationship with Female 1 was not based on sex, but that it just happened.

27. At the conclusion of the interview, **BELL** was booked into the Kern County Jail Facility for multiple charges, which included violations of California Penal Code §§ 311.11(a) (possession of child pornography) and 261.5 (sexual intercourse with a minor).

COMPLAINT AFFIDAVIT                                                      10

**Prior Law Enforcement Contacts regarding BELL and the Female**

28. Several months prior to the investigation discussed above, on or about April 6, 2023, officers with BPD responded to the local group home in Bakersfield where they spoke with a minor female who resided in the group home. The minor female will be referred to herein as Female 2. Female 2 wanted to report that a registered sexual offender, later identified as **BELL**, was in a dating relationship with Female 1, who was also from the group home. Female 2 stated she and Female 1 ran away from group home together and were staying with **BELL** at his residence. Female 2 advised that **BELL** had provided her and Female 1 with narcotics, including methamphetamine. Female 2 later told investigators that **BELL** was aware Female 1 and Female 2 were both runaway juveniles from the group home.

29. On or about April 22, 2023, law enforcement conducted surveillance at **BELL**'s residence in Bakersfield. Law enforcement personnel observed Female 1 standing outside of the residence. Investigators sought and obtained a search warrant for 325 Augusta Street. During the execution of the search warrant, Female 1 was placed in the rear seat of a patrol vehicle. During the investigation, detectives came into contact with **BELL** after he exited the residence. **BELL** was advised of his *Miranda* rights, and he indicated he understood them by answering questions. Investigators confirmed **BELL** was familiar with Female 1. Investigators asked **BELL** how old he thought Female 1 was, to which he stated Female 1 had advised him that she was seventeen years old. Investigators asked **BELL** if he was aware Female 1 was a minor, which he advised that he was. **BELL** denied anything intimate occurring between him and Female 1. Law enforcement personnel seized a Samsung Galaxy A14 cellphone from **BELL**'s bedroom, and he was released pending further investigation.

30. On or about May 16, 2023, investigators sought a search warrant for **BELL**'s Samsung Galaxy A14. The search warrant was approved in the Superior Court of Kern County. A digital forensic examination of the device was conducted. On the cellphone, there were accounts with **BELL**'s name, such as cbbellc1965@gmail.com. There was also auto-filled text for Google Chrome that auto-populated **BELL**'s first name as "CHARLIE" and last-name as "BELL III." During the examination multiple videos were located which depicted Female 1 and **BELL**.

31. Below are descriptions of three videos found on the cellphone:

   a. One video depicted Female 1 dancing in a sexually provocative manner. The video depicts Female 1 gyrating as the camera focuses on Female 1's buttocks. Female 1 was wearing a light brown tank top style shirt and yellow SpongeBob SquarePants branded underwear. Metadata associated with the video indicated it was created on or about April 20, 2023, when Female 1 was sixteen years old.

   b. Another video depicted Female 1 dancing in a sexually provocative manner. Female 1 was wearing the same clothing in the video described above. The video depicted Female 1 straddling **BELL** as she grinds her buttocks against his groin. At the conclusion of the video, Female 1 asked **BELL** to, "feel the sweat on me" to which **BELL** replies, "Oh man." Metadata associated with the video indicated it was created on or about April 20, 2023, when Female 1 was sixteen years old.

   c. Another video depicted Female 1 dancing in a sexually provocative manner while standing in front of **BELL** who is in a seated position. The video depicted Female 1 straddling **BELL**, who begins to laugh as Female 1 grinds her buttocks against **BELL**'s groin. Metadata associated with the video indicated it was created on or about April 15, 2023, when Female 1 was sixteen years old.

**BELL is a Registered Sex Offender**

32. Records checks show that **BELL** was convicted in 2000 with violating California Penal Code § 288(a) (felony lewd or lascivious acts with a child under fourteen years old). **BELL** was sentenced to six years in prison for the offense. **BELL** is required to register as a Tier II sex offender for twenty years from the date of his release from prison, which was in 2006. **BELL** was a registered sex offender at the time of the offenses detailed above involving Female 1.

## V. CONCLUSION

33. Based upon the above facts, I submit there is probable cause to believe that **CHARLES EDWARD BELL** committed a violation of 18 U.S.C. §§ 2251 and 2260A.

///

///

34. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Louis James
Task Force Officer, HSI

Affidavit submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) before me on ___March 3, 2025_____.

_____
HON. CHRISTOPHER D. BAKER
UNITED STATES MAGISTRATE JUDGE

Reviewed as to form by:

/s/ BRITTANY M. GUNTER
BRITTANY M. GUNTER
Assistant U.S. Attorney