MICHELE BECKWITH
Acting United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No: 1:25-CR-00068-KES-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; AND ORDER |
| v. | |
| CHARLIE EDWARD BELL III, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brittany M. Gunter, counsel for the government, and Erin Snider, counsel for Charlie Edward Bell III ("the defendant"), that this action's **Wednesday, June 11, 2025, status conference be continued to Wednesday, September 10, 2025, at 1:00 p.m.** The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause, as follows:

1. The grand jury returned an indictment regarding this matter on April 3, 2025. ECF 13. The government prepared and delivered an initial set of discovery to defense counsel within the time limits set forth by the Local Rules. The defense is and has been reviewing discovery

STIPULATION TO CONTINUE STATUS CONFERENCE AND
EXCLUDE TIME UNDER SPEEDY TRIAL ACT

1

thus far provided.

2. The government will follow up with law enforcement to determine the extent additional supplemental discovery exists. If the government identifies additional information that should be produced as supplemental discovery, that has not already been produced or otherwise made available, the government will promptly produce it to defense counsel in accord with Rule 16.

3. As defense counsel completes her analysis of the discovery produced in this case, counsel for the government will work with defense counsel and the HSI Bakersfield office to ensure that the defense is able to also timely review, upon its request, any electronic evidence in this case in accord with relevant provisions of the Adam Walsh Act.

4. Defense counsel requires more time to complete her review of the discovery, complete any additional investigation, discuss the case with the defendant, consult with experts, and review the electronic evidence at the HSI Bakersfield office.

5. By the time of the continued status conference and as all discovery is timely reviewed, the parties further intend to explore the extent this case can be resolved prior to trial.

6. Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

7. The government does not object to the continuance.

8. The parties therefore stipulate that the period of time from June 11, 2025, through and including September 10, 2025, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking

///

///

2

STIPULATION TO CONTINUE STATUS CONFERENCE AND
EXCLUDE TIME UNDER SPEEDY TRIAL ACT

such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: June 3, 2025         MICHELE BECKWITH
                            Acting United States Attorney

                        By: /s/ BRITTANY M. GUNTER
                            BRITTANY M. GUNTER
                            Assistant United States Attorney


Dated: June 3, 2025     By: /s/ ERIN SNIDER
                            ERIN SNIDER
                            Attorney for Defendant


**O R D E R**

IT IS ORDERED that the status conference currently set for June 11, 2025, at 1:00 pm is continued until **September 10, 2025, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe.**

IT IS FURTHER ORDERED THAT the period of time from June 11, 2025, through September 10, 2025, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **June 4, 2025**         /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE STATUS CONFERENCE AND
EXCLUDE TIME UNDER SPEEDY TRIAL ACT

3