1  ERIC GRANT
   United States Attorney
2  BRITTANY M. GUNTER
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5
6  Attorneys for Plaintiff
   United States of America
7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              Case No: 1:25-CR-00068-KES-BAM

12                         Plaintiff,       STIPULATION TO CONTINUE STATUS
                                            CONFERENCE AND EXCLUDE TIME UNDER
13             v.                           SPEEDY TRIAL ACT; AND ORDER

14  CHARLIE EDWARD BELL III,

15                         Defendant.

16

17

18        THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant

19  United States Attorney Brittany M. Gunter, counsel for the government, and Erin Snider, counsel for

20  Charlie Edward Bell III ("the defendant"), that this action's **Wednesday, December 10, 2025, status**

21  **conference be continued to Wednesday, March 11, 2026, at 1:00 p.m.**  The parties likewise ask the

22  court to endorse this stipulation by way of formal order.

23        The parties base this stipulation on good cause, as follows:

24        1.  The grand jury returned an indictment regarding this matter on April 3, 2025.  ECF 13.  The

25             government prepared and delivered an initial set of discovery to defense counsel within the

26             time limits set forth by the Local Rules.  The defense is and has been reviewing discovery

27                                              1

28  STIPULATION TO CONTINUE STATUS CONFERENCE AND
    EXCLUDE TIME UNDER SPEEDY TRIAL ACT

thus far provided.

2. The government will follow up with law enforcement to determine the extent additional supplemental discovery exists.  If the government identifies additional information that should be produced as supplemental discovery, that has not already been produced or otherwise made available, the government will promptly produce it to defense counsel in accord with Rule 16.

3. As defense counsel completes her analysis of the discovery produced in this case, counsel for the government will work with defense counsel and the HSI Bakersfield office to ensure that the defense is able to also timely review, upon its request, any electronic evidence in this case in accord with relevant provisions of the Adam Walsh Act.

4. Defense counsel requires more time to complete her review of the discovery, complete additional investigation, discuss the case with the defendant, consult with experts, and review the electronic evidence at the HSI Bakersfield office.

5. By the time of the continued status conference and as all discovery is timely reviewed, the parties further intend to explore the extent this case can be resolved prior to trial.  On November 21, the defense conveyed its interest in a plea offer.  Based on that, the government is preparing a plea offer that it plans to extend to the defendant by December 5, 2025.

6. Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

7. The government does not object to the continuance.

8. The parties therefore stipulate that the period of time from December 10, 2025, through and including March 11, 2026, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking

2

such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  December 3, 2025                         ERIC GRANT
                                                United States Attorney


                                        By:  /s/ BRITTANY M. GUNTER
                                             BRITTANY M. GUNTER
                                             Assistant United States Attorney


Dated: December 3, 2025               By:   /s/ ERIN SNIDER
                                            ERIN SNIDER
                                            Attorney for Defendant


                                **O R D E R**

       IT IS ORDERED that the status conference currently set for December 10, 2025, at 1:00 pm is continued until **March 11, 2026, at 1:00 p.m.  before Magistrate Judge Barbara A. McAuliffe.**

       IT IS FURTHER ORDERED THAT the period of time from December 10, 2025, through March 11, 2026, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.


IT IS SO ORDERED.

   Dated:   **December 4, 2025**              /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE


3